1

2

3

4

5

6               UNITED STATES DISTRICT COURT

7               SOUTHERN DISTRICT OF CALIFORNIA

8

9   UNITED STATES OF AMERICA,              Case No.: 22-cr-1665-JO

10                           Plaintiff,    **ORDER CONTINUING MOTION**
                                           **HEARING/TRIAL SETTING**
11  v.

12  MEENA GHAZNAVI (1);
    GREGORY SCOTT DIAMOND (2);
13  ANDREW UPSON (3),

14                           Defendants.

15

16          On January 18, 2023, the parties filed a Joint Motion to Continue the Motion

17  Hearing/Trial Setting currently set for January 20, 2023 to February 24, 2023.  For good

18  cause appearing, the Court GRANTS the joint motion to continue [Dkt. 61] and sets the

19  Motion Hearing/Trial Setting on February 24, 2023 at 10:30 a.m.

20          For the reasons set forth in the joint motion, the Court finds that the ends of justice

21  will be served by granting the requested continuance, and these outweigh the interests of

22  the public and the defendant in a speedy trial.  Accordingly, the delay occasioned by this

23  continuance is excludable pursuant to 18 U.S.C. § 3161(h)(7)(A).

24  //

25  //

26  //

27  //

28  //

1    Further, on August 22, 2022, Defendant Andrew Upson filed a pretrial motion that

2 remains pending. Co-Defendant Meena Ghaznavi also filed a pretrial motion that remains

3 pending. Accordingly, the Court finds that time from August 22, 2022 to February 24,

4 2023 shall be excluded under the Speedy Trial Act on grounds that a pretrial motion is

5 pending.   18 U.S.C. § 3161(h)(1)(D).   This time is excluded as to the co-Defendants.

6 *United States v. Messer*, 197 F.3d 330, 336 (9th Cir. 1999) ("It is well established that an

7 exclusion from the Speedy Trial clock for one defendant applies to all codefendants.").

8    The parties are instructed to appear in person at the hearing on February 24, 2023,

9 and to be prepared to discuss the progress of discovery and the setting of a trial date.

10    IT IS SO ORDERED.

11 Dated:

12                                    Hon. Jinsook Ohta
                                      UNITED STATES DISTRICT JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28