1
2
3
4
5
6

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

7
8

9   UNITED STATES OF AMERICA,

10            Plaintiff,

11            v.

12   MEENA GHAZNAVI (1),

13            Defendant.

Case No. 22-cr-1665-JO

ORDER GRANTING JOINT
MOTION TO WITHDRAW
GUILTY PLEA

(Doc. No. 144.)

14
15       Pursuant Federal Rule of Criminal Procedure 11(d)(2)(B), which provides that a
16   defendant may withdraw a plea of guilty if the defendant can "show a fair and just reason
17   for requesting the withdrawal" and in light of the agreement of the parties and the reasons
18   set forth in the parties' joint motion, the Court GRANTS the parties' joint motion to
19   withdraw the Defendant's prior guilty plea. (Dkt. 144.) United States v. Ortega-Ascanio,
20   376 F.3d 879, 883 (9th Cir. 2004) ("Fair and just reasons for withdrawal include…
21   intervening circumstances, or any other reason for withdrawing the plea that did not exist
22   when the defendant entered his plea."). Accordingly, the Court orders that the previous
23   guilty plea and accompanying plea agreement entered on August 14, 2023 and the previous
24   order accepting that plea filed on September 28, 2023 be vacated and set aside, so the
25   Defendant may enter a guilty plea to a non-minimum mandatory charge.

26   IT IS SO ORDERED.

27   DATED: __6/25/24__                    _____

28                                         HONORABLE JINSOOK OHTA
                                           UNITED STATES DISTRICT JUDGE